**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:   Case No.:   8:10-bk-00358-KRM
         Chapter    7

Norman D. Adkins and
Kristie J. Adkins,

       Debtors.
_____/

**MOTION TO REOPEN CHAPTER 7 CASE AND**
**FOR ORDER DIRECTING THE UNITED STATES**
**TRUSTEE TO APPOINT A SUCCESSOR CHAPTER 7 TRUSTEE**

Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his duly authorized attorney, moves this Honorable Court, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for the entry of an order reopening the above captioned bankruptcy case and directing the United States Trustee to appoint a chapter 7 trustee, and asserts the following:

1. On January 8, 2010, the Debtors filed a voluntary chapter 7 petition.

2. The United States Trustee appointed Andrea P. Bauman as the chapter 7 trustee. She administered the case and there was no distribution to creditors.

3. On April 14, 2010, the case was closed and the trustee was discharged.

4. The United States Trustee has been notified of the possible existences of a pre-petition undisclosed asset; namely, a class action lawsuit that may be property of the bankruptcy estate.

5. Given the possibility for recovery of assets, a meaningful distribution could be made to creditors.

6. Accordingly, the bankruptcy case should be reopened pursuant to 11. U.S.C. § 350(b), and the United States Trustee directed to appoint a trustee to administer any available assets for the benefit of the bankruptcy estate and its creditors.

WHEREFORE, the United States Trustee respectfully prays that this Honorable Court grant the motion, enter an order reopening the chapter 7 case and setting aside the final decree, directing the United States Trustee to appoint a chapter 7 trustee, and for such other and additional relief that this Honorable Court deems appropriate under these premises.

Dated: January 26, 2016

                          Respectfully submitted,

                          GUY G. GEBHARDT
                          Acting United States Trustee, Region 21

                          By: /s/*Cynthia P.* Burnette
                                  Cynthia P. Burnette
                                  Assistant U.S. Trustee
                                  Fla. Bar No. 0858110
                                  501 East Polk St. Suite 1200
                                  Tampa, Florida 33602
                                  (813) 228-2000
                                  (813) 228-2303 fax
                                  Cindy.P.Burnette@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically and/or by United States Mail, to the following on or before January 26, 2016:

Norman D. Adkins
Kristie J. Adkins
915 Glen Oak Ave. E.
Clearwater FL 33759

Alan D Borden
Debt Relief Legal Group, LLC
901 W. Hillsborough Avenue
Tampa FL 33603
Email: data@1800debtrelief.com  Alan D. Borden, Debtor's Counsel

                                              */s/ Cynthia P. Burnette*
                                              Cynthia P. Burnette

Thomas D. Pulliam
Thomas D. Pulliam Attorney at Law
P O Box 2185
Lakeland, FL 33806-2185
Email: pulliamaty@aol.com Thomas D. Pulliam, Debtor's Counsel

                                              */s/ Cynthia P. Burnette*
                                              Cynthia P. Burnette