UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re:  § | |
| § | |
| ADKINS, NORMAN D  § | Case No. 10-00358 |
| ADKINS, KRISTIE J  § | |
| § | |
| Debtors  § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREA P. BAUMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
801 North Florida Avenue
Suite 555
Tampa, FL 33602

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2016                         By: /s/ Andrea P Bauman
                                                             Trustee


*ANDREA P. BAUMAN*
*POST OFFICE BOX 5530*
*LAKELAND, FL 33807-5530*

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADKINS, NORMAN D | § | Case No. 10-00358 |
| ADKINS, KRISTIE J | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 95,000.00 |
| and approved disbursements of | $ 14,372.41 |
| leaving a balance on hand of[1] | $ 80,627.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | PINELLAS COUNTY TAX COLLECTOR | $ 2,279.24 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 80,627.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREA P. BAUMAN | $ 6,936.27 | $ 0.00 | $ 6,936.27 |
| Trustee Expenses: ANDREA P. BAUMAN | $ 71.54 | $ 0.00 | $ 71.54 |
| Attorney for Trustee Fees: BLASINGAME, BURCH, GARRARD & AHSLEY PC | $ 11,286.00 | $ 0.00 | $ 11,286.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Expenses: BLASINGAME, BURCH, GARRARD & AHSLEY PC | $ 7,462.02 | $ 0.00 | $ 7,462.02 |
| Charges: US BANKRUPTCY COURT CLERK | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: KREIS & OVERHOLTZ AYLSTOCK WITKIN | $ 17,100.00 | $ 0.00 | $ 17,100.00 |
| Other: KREIS & OVERHOLTZ AYLSTOCK WITKIN | $ 338.35 | $ 0.00 | $ 338.35 |
| Other: MORGAN & MORGAN | $ 5,814.00 | $ 0.00 | $ 5,814.00 |
| Other: MORGAN & MORGAN | $ 3.30 | $ 0.00 | $ 3.30 |

Total to be paid for chapter 7 administrative expenses      $      49,271.48

Remaining Balance      $      31,356.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,786.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | PYOD LLC | $ 9,786.11 | $ 0.00 | $ 9,786.11 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 9,786.11 |
| Remaining Balance | $ | 21,570.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 295.37 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 21,274.63 .

Prepared By: /s/ Andrea P Bauman
Trustee

*ANDREA P. BAUMAN*
*POST OFFICE BOX 5530*
*LAKELAND, FL 33807-5530*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: NORMAN D ADKINS<br>KRISTIE J ADKINS | CASE NO: 10-00358<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/15/2016, I did cause a copy of the following documents, described below,

NFR,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/15/2016

/s/ Andrea P Bauman CPA
Andrea P Bauman CPA  8637017047
Andrea P Bauman CPA
PO BOX 5530
Lakeland, FL  33807
863 701 7047
abaumantrustee@gmail.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  NORMAN D ADKINS<br>        KRISTIE J ADKINS | CASE NO: 10-00358<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/15/2016, a copy of the following documents, described below,

NFR,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/15/2016

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Andrea P Bauman CPA
Andrea P Bauman CPA
PO BOX 5530
Lakeland, FL  33807

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS CERTIFIED MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-10-BK-00358-KRM
MIDDLE DISTRICT OF FLORIDA
TAMPA
TUE JUN 14 17-31-03 EDT 2016

KRISTIE J ADKINS
915 GLEN OAK AVE. E.
CLEARWATER FL 33759-3404

*DEBTOR*

NORMAN D ADKINS
915 GLEN OAK AVE. E.
CLEARWATER FL 33759-3404

MICHAEL GOETZ ATTORNEY FOR TRUSTEE
MORGAN & MORGAN PA
201 N. FRANKLIN STREET 7TH FLOOR
TAMPA FL 33602-5157

ANDREW J HILL ATTORNEY FOR TRUSTEE III
BLASINGAME BURCH GARRARD ASHLEY PC
PO BOX 832
ATHENS GA 30603-0832

*EXCLUDE*

~~K. RODNEY MAY~~
~~TAMPA~~

RECOVERY MANAGEMENT SYSTEMS CORPORATION
ATTN RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI FL 33131-1605

JUSTIN WITKIN ATTORNEY FOR TRUSTEE
17 E. MAIN STREET SUITE 200
PENSACOLA FL 32502-5998

BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19850-7054

CHASE
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE- BP
PO BOX 15298
WILMINGTON DE 19850-5298

COLLECTION
ATTN- BANKRUTPCY DEPARTMENT
PO BOX 10587
GREENVILLE SC 29603-0587

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

FIA CSNA
PO BOX 26012
NC4-105-02-77
GREENSBORO NC 27420-6012

HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

OFFICE OF US ATTORNEY
ATTN CIVIL PROCESS CLERK
400 NORTH TAMPA ST SUITE 3200
TAMPA FL 33602-4774

PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI
OF B-LINE LLC
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

PINELLAS COUNTY TAX COLLECTOR
PO BOX 4006
SEMINOLE FL 33775-4006

RECOVERY MANAGEMENT SYSTEMS CORPORATION
25 S.E. 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

SEARSCBSD
PO BOX 6189
SIOUX FALLS SD 57117-6189

*EXCLUDE*

~~ANDREA P BAUMAN +~~
~~P.O. BOX 5530~~
~~LAKELAND FL 33007-5530~~

*CM/ECF E-SERVICE*

CYNTHIA BURNETTE +
UNITED STATES TRUSTEE
TIMBERLAKE ANNEX STE. 1200
501 E. POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

UNITED STATES TRUSTEE - TPA7 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

PINELLAS COUNTY TAX COLLECTOR (KH) +
POST OFFICE BOX 4006
SEMINOLE FL 33775-4006

*CM/ECF E-SERVICE*

ALAN D BORDEN +
DEBT RELIEF LEGAL GROUP LLC
901 W. HILLSBOROUGH AVENUE
TAMPA FL 33603-1309

*CM/ECF E-SERVICE*

NOTE- ENTRIES WITH A + AT THE END OF THE
NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF